**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Napoleon GOODSON, IV, Defendant–**
**Appellant.**

**No. 01–6793.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 26, 2001.

Napoleon Goodson, IV, pro se. Mark C. Moore, Assistant United States Attorney, Columbia, SC, for appellee.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Napoleon Goodson, IV, seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Goodson,* Nos. CR–93–471; CA–00–1517–3–19 (D.S.C. filed Mar. 30, 2001; entered Apr. 3, 2001 and Apr. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*